## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: PRIVATE CRIMINAL COMPLAINT   :   No. 78 WAL 2020
FILED BY GLAVIN IVY   :
  :
  :   Petition for Allowance of Appeal
PETITION OF: GLAVIN IVY   :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.